UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5981-GW-JCx | Date | April 22, 2026 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Patrick Michael Malone, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                        None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 22, 2026, Plaintiff G & G Closed Circuit Events, LLC filed a Notice of Settlement [34]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by May 8, 2026. The Court sets an order to show re: settlement hearing for May 11, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 8, 2026.

                                                            :

Initials of Preparer    JG