JS-6

Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Patrick Michael Malone, et al,<br><br>Defendants. | CASE NO. CV 25-5981-GW-AYP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PATRICK MICHAEL MALONE, GEOFFERY ROBERT RAU, AND ROUNDIN3RD SPORTS BAR, LLC** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC and Defendants Patrick Michael Malone, Geoffery Robert Rau, and Roundin3rd Sports Bar, LLC., that the above-entitled action is hereby dismissed ***with prejudice*** against Patrick Michael Malone and Geoffery Robert Rau, individually and d/b/a The Hideway At Roundin3rd a/k/a Roundin3rd Sports Bar and Grill, and Roundin3rd Sports Bar, LLC, an unknown business entity

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:25-cv-05981-GW-AYP
PAGE 1

d/b/a The Hideway At Roundin3rd a/k/a Roundin3rd Sports Bar and Grill, *and the action itself, in its entirety.*

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: April 29, 2026

_____
**HON. GEORGE H. WU,**
**United States District Judge**

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 2:25-cv-05981-GW-AYP**
**PAGE 2**